374 A.2d 725

Poole v. Poole, Appellant.

Argued March 21, 1977. Jeffrey F. Bahls, with him Freed and Bahls, for appellant; Alton G. Grube, with him John J. Rufe, for appellee.

Order affirmed.